**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Marvin Scott                    )

                                )    Case No: 15 C 8864

v.                        )

                                )    Chief Judge Ruben Castillo

City of Chicago,           )

## ORDER

Enter Memorandum Opinion and Order. Defendant's motion to dismiss Plaintiff's complaint [14] is granted. This case is hereby dismissed with prejudice.

Date: September 8, 2016           /s/  Chief Judge Ruben Castillo